UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ORIGINAL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **04 CR 1 0 3 6 9 MLW** |
| | ) | |
| v. | ) | CRIMINAL NO.: |
| | ) | |
| STEVEN C. MORELLO, | ) | Counts 1 - 3: 18 U.S.C. §2113(a) |
| Defendant. | ) | Bank Robbery |

## INDICTMENT

**COUNT ONE**: 18 U.S.C. §2113(a) -- Bank Robbery

The Grand Jury charges that:

On or about August 31, 2004, at Boston, Massachusetts, in the District of Massachusetts,

**STEVEN C. MORELLO,**

the defendant herein, by force and violence and by intimidation, did take from the person and presence of another approximately $1,382.00, money belonging to, and in the care, custody, control, management and possession of the East Boston Savings Bank, 856 Bennington Street, Boston, Massachusetts, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, §2113(a).

**COUNT TWO**:  18 U.S.C. §2113(a) – Bank Robbery

The Grand Jury further charges that:

On or about August 31, 2004, at Boston, Massachusetts, in the District of Massachusetts,

**STEVEN C. MORELLO,**

the defendant herein, by force and violence and by intimidation, did take from the person and presence of another approximately $1,000.00, money belonging to, and in the care, custody, control, management and possession of the Boston Federal Savings Bank, 457 Broadway, Chelsea, Massachusetts, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, §2113(a).

**COUNT THREE**:  18 U.S.C. §2113(a) – Bank Robbery

The Grand Jury further charges that:

On or about October 15, 2004, at Boston, Massachusetts, in the District of Massachusetts,

**STEVEN C. MORELLO,**

the defendant herein, by force and violence and by intimidation, did take from the person and presence of another approximately $5,422.00, money belonging to, and in the care, custody, control, management and possession of the Eastern Bank, 13 Main Street, Saugus, Massachusetts, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, §2113(a).

## NOTICE OF ADDITIONAL FACTORS

The Grand Jury further charges that:

1. The robberies that are the subject of Counts One, Two and Three each involved the taking of the property of financial institutions, as described in U.S.S.G. §2B3.1(b)(1).

2. The robbery that is the subject of Count Two involved a threat of death, as described in U.S.S.G. §2B3.1(b)(2)(F).

3. At the time of the defendant's commission of the robbery that is the subject of Counts One, Two and Three, the defendant was 18 or more years old and had at least two prior felony convictions of either a crime of violence or controlled substance offense, as described in U.S.S.G. §4B1.1.

A TRUE BILL:

_____
FOREMAN OF THE GRAND JURY

_____
PAUL R. MOORE
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS ; December 15, 2004, at _____.

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

a/ 3:05 PM
12/15/04

JS 45 (5/97) - (Revised USAO MA 3/25/02)

04CR 10369 MLW

**Criminal Case Cover Sheet**     **U.S. District Court - District of Massachusetts**

**Place of Offense:**     **Category No.** II     **Investigating Agency** FBI

**City** Boston     **Related Case Information:**

**County** Essex

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant x    New Defendant _____
Magistrate Judge Case Number   04-00083-LPC
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   STEVEN C. MORELLO     Juvenile   [ ] Yes   [x] No

Alias Name _____

Address   MCI - Concord

Birth date: 1967    SS#: 8096    Sex: M    Race: White    Nationality: USA

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   Paul R. Moore     Bar Number if applicable   632312

Interpreter:   [ ] Yes   [x] No    List language and/or dialect: _____

Matter to be SEALED:   [ ] Yes   [x] No

[x] Warrant Requested    [ ] Regular Process    [ ] In Custody

**Location Status:**

Arrest Date: _____

[ ] Already in Federal Custody as of _____ in _____ .
[x] Already in State Custody _____   [ ] Serving Sentence   [x] Awaiting Trial
[ ] On Pretrial Release: Ordered by _____ on _____

Charging Document:   [ ] Complaint   [ ] Information   [x] Indictment

Total # of Counts:   [ ] Petty \_\_\_   [ ] Misdemeanor \_\_\_   [x] Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

[x]   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: December 15, 2004     Signature of AUSA: *P.R.M.*

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     STEVEN C. MORELLO

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| **Set 1** | 18 U.S.C. §2113(a) | Bank Robbery | 1, 2, 3 |
| **Set 2** | | | |
| **Set 3** | | | |
| **Set 4** | | | |
| **Set 5** | | | |
| **Set 6** | | | |
| **Set 7** | | | |
| **Set 8** | | | |
| **Set 9** | | | |
| **Set 10** | | | |
| **Set 11** | | | |
| **Set 12** | | | |
| **Set 13** | | | |
| **Set 14** | | | |
| **Set 15** | | | |

ADDITIONAL INFORMATION:

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**     STEVEN C. MORELLO

js45 - Bank Robbery - Morello.wpd - 3/13/02