*Complet not in just 3/4/05* — *No*

Attachment 3

DATE: 5-17-05 BY: KBoyce

# APPLICATION FOR A SPEEDY TRIAL

FILED U.S. DISTRICT 2005 MAR 21 P 3:00 U.S. DISTRICT COURT DISTRICT OF MASS

The Department of Correction is currently holding me in awaiting trial status, for the Sheriff's Department of the following County (circle one):

**Barnstable**   **Bristol**   **Essex**   **Middlesex**   **Norfolk**

**Suffolk**   **Worcester**   Other: **U.S. District**

***

TO: The Honorable Justice of **U.S. District** Court   DATE: **3-10-05**
FROM: **Steven Morello**   ID#: **A91230**
DOB: **4-23-67**   SS#: **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**
AKA(s): _____

Please accept this application as evidence of my request to exercise my right, under the law, to apply to your court for a prompt trial or other disposition of the following warrant(s)/complaint(s) about untried offenses that are pending against me in your jurisdiction:

Warrant number(s): **ARREST WARRENT**
Court of Issue: **US District**
Charge(s): **ARMED Robbery**
Date of Issue: **Dec 12, 2004**

As I am currently being held in 52A status by the Department of Correction for **Middlesex** County, I have been informed that the writ to allow transportation must be sent to the Keeper of the Records for the Sheriff's Department at that County Jail.

Thank you for your attention to this urgent matter.

SIGNATURE: **Steven Morello**   DATE: **3-10-05**

Comments: **I believe I have a ARREST WARRENT out of your court. Im not sure of DKT#. Please except this speedy and have me hased into your court as soon as possible or send me the correct form's. I may need a DKT #.**

Steven Morello # A91230
Old Colony Corr Center
1 Administration Rd
Bridgewater MA 02324