# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies, and to: Acting Superintendent Bernard Brady
   Old Colony Correctional Center
   One Administration Rd.
   Bridgewater, Massachusetts 02324

YOU ARE COMMANDED to have the body of **STEVEN C. MORELLO** (D.O.B.:\*\*/\*\*/1967, SS#:\*\*\*-\*\*-8096) now in your custody, before the United States District Court for the District of Massachusetts,1 Courthouse Way, Courtroom No. 24, on the 7th floor, Boston, Massachusetts on June 16, 2005, at 2:45 P.M. for the purpose of an **Initial Appearance and Arraignment on the Indictment** in the case of UNITED STATES OF AMERICA v. STEVEN C. MORELLO CR04-10369 MLW. And you are to retain the body of said STEVEN C. MORELLO while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said STEVEN C. MORELLO to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this 14th day of June, 2005._____

                                          HONORABLE JOYCE LONDON ALEXANDER
                                          U.S. MAGISTRATE JUDGE

                                          By the Court:

_____                           /S/ Rex Brown_____
                                          Courtroom Clerk