AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF __MASSACHUSETTS__

UNITED STATES OF AMERICA
V.

**STEVEN C. MORELLO**

SSN: 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
DOB: April 23, 1967

**WARRANT FOR ARREST**

CASE NUMBER: 04 -

**04CR 10369 MLW**

RECEIVED
U.S. MARSHAL SERVICE
BOSTON, MA
2004 DEC 15 P 4: 2−

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____**STEVEN C. MORELLO**_____
                                                     Name

and bring him forthwith to the nearest magistrate to answer a(n)

X Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

**Bank Robbery (three counts)**

in violation of Title __18__ United States Code, Section(s) __2113(a)__ ;

Name of Issuing Officer

Signature of Issuing Officer

Title of Issuing Officer

**DEC 15 2004**

Date and Location

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
United States Courthouse, - Suite 6420
1 Courthouse Way
Boston, MA 02210

Bail fixed at $ _____  by _____
                                Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
|  | WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 6/16/05 |  |
| DATE OF ARREST |  |  |