UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10369-MLW |
| | ) | |
| STEVEN C. MORELLO, | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR EXCLUDABLE TIME**

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant U.S. Attorney Paul R. Moore, and the defendant, STEVEN C. MORELLO, by and through his counsel, Michael F. Natola, Esq., jointly move pursuant to § 3161(h)(8)(A) that the period from June 6, 2005, the date on which an Initial Appearance was held in this matter, up to and including September 20, 2005, the date on which a Final Status Conference is scheduled to be held, be excluded from computation under the Speedy Trial Act of the time within this case must be tried.  As reasons therefore, the parties represent that this brief continuance is necessary so that the parties can continue to provide and examine the evidence in this matter and explore possible resolution of the matter without going to trial.  Therefore, it is in the interests of justice that the current motion be allowed.

WHEREFORE, the parties respectfully request that the Court enter a written order of excludable delay covering the period from June 6, 2005 through September 20, 2005.

(Morello: Motion to Exclude Time; contd.)

                                            Respectfully submitted,

                                            MICHAEL J. SULLIVAN
                                            United States Attorney

By:    /s/ Paul R. Moore
        Paul R. Moore
        Assistant U.S. Attorney


                                            STEVEN C. MORELLO
                                            Defendant

By:    /s/ Michael F. Natola
        Michael F. Natola, Esq.
        Counsel for STEVEN C. MORELLO

DATE: August 9, 2005