UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 04-10369-MLW

UNITED STATES OF AMERICA

v.

STEVEN C. MORELLO

REPORT & ORDER ON
INITIAL STATUS CONFERENCE

ALEXANDER, M.J.

On August 9, 2005, the parties appeared before this Court for an Initial Status Conference. With regard to the following issues, the parties have represented that:

1. Unusual or complex issues presented requiring early joint conference of District Judge and Magistrate Judge with attorneys.   __None__

2. Features of case that deserve special attention or modification of the standard schedule.   __None__

3. Anticipated supplemental discovery.   __All discovery currently in the possession of the government has been provided to the defendant. There is, possibly, further evidence (fingerprint analyses and surveillance images) that are anticipated and will be provided to the defendant as soon as they are received by the government.__

4. Discovery concerning expert witnesses pursuant to Fed. R. Crim. P. 16(a)(1)(E) & 16(b)(1)(C).   __Court should establish dates for discovery concerning expert witnesses__

5. Applicable periods of excludable delay under Speedy Trial Act.   __Parties agree to previous periods of exclusion ordered by this Court and would request that the period between this date and the date of a Final Status Conference, if one is ordered by this Court, also be excluded from calculation under the Speedy Trial Act.__

6. Trial  is / is not  anticipated. Estimated duration of trial.   __The defendant is still examining the evidence and considering his options in light of the evidence and cannot tell the court, at this time, if he is likely (or not) to go to trial.__

7. Other matters.   __None__

IT IS HEREBY ORDERED THAT

A motion date pursuant to Fed. R. Crim. P. 12(c)  has  /  has not  been established.   The motion date is set for
_____ _____.

An Interim Status Conference  has  /  has not  been scheduled.  The Interim Status Conference will be held at
_____ on _____ in _____ courtroom.

A Final Status Conference will be held at _____ on _____ in _____ courtroom.

**Pursuant to LR 116.5(C), parties shall confer and, not later than three (3) business days before the Final Status Conference, prepare and file a joint Final Status Conference Memorandum.**

Additional Orders:

**Parties shall meet prior to the Initial Status Conference in order to respond to the above stated inquiries.**

By the Court,

Date_8/10/05_____                    _____
                                                Deputy Clerk