FILED
In Open Court
USDC Mass
Date 9-22-05
By M. Johnson
Dep. Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 04-10369-MLW |
| v. ) | |
| ) | |
| STEVEN C. MORELLO, ) | |
| Defendant. ) | |

REPORT & ORDER ON
FINAL STATUS CONFERENCE

ALEXANDER, M.J.

On September 22, 2005, the parties appeared before this Court for a Final Status Conference. With regard to the following issues, the government represents that:

1. Unusual or complex issues presented requiring early joint conference of District Judge and Magistrate Judge with attorneys. **The parties are attempting to coordinate the current ma with other matters before the state. That process has proven to be very time consuming and is likely to be the basis for future requests for additional time when the matter is before the District Court.**

2. Features of case that deserve special attention or modification of the standard schedule. **None.**

3. Anticipated supplemental discovery. **The prosecutor has provided to the defendant all of the discovery known to be within the government's possession. Both parties hold the view that discovery is complete.**

4. Discovery concerning expert witnesses pursuant to Fed. R. Crim. P. 16(a)(1)(E) & 16(b)(1)(C). **The defendant requests a written summary pursuant to Fed. R. Crim. P. 16(a)(1)(E). At the government's request, the defendant agrees to abide by the terms and conditions of Fed. R. Crim. P. 16(b)(1)(C).**

5. Applicable periods of excludable delay under Speedy Trial Act. **None requested at this time.**

6. Trial is not anticipated. The parties anticipate that the matter will be resolved by plea.

7. Other matters. **None.**

IT IS HEREBY ORDERED THAT

A motion date pursuant to Fed. R. Crim. P. 12(c) has not been established. The motion date set for

_____ NoT NeCeSSARy _____.

Additional Orders:

By the Court,

Date 9/22/05

_____
~~Deputy~~ Clerk
U.S. MAGISTRATE Judae