UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**              **CRIMINAL CASE**

                                                               **NO. 04-10369-MLW**

V.

**STEVEN C. MORELLO**
        **Defendant(s)**

### NOTICE OF HEARING

**WOLF, D.J.**

PLEASE TAKE NOTICE that the above-titled case has been set for a RULE 11 HEARING on **DECEMBER 2, 2005** at 10:00 A.M. before Judge Wolf in Courtroom # 17 on the 5th floor.

                                                              SARAH A. THORNTON
                                                              CLERK OF COURT

**November 30, 2005**                       By:   /s/ Dennis O'Leary
    Date                                                     Deputy Clerk

**Notice to:**
(crim-notice.wpd - 7/99)                                [ntchrgcnf.]
                                                               [kntchrgcnf.]