UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of her deputies, and to:**

MCI - CONCORD

**YOU ARE COMMANDED** to have the body of STEVEN C. MORELLO now in your custody, before the United States District Court for the District of Massachusetts, One Courthouse Way, Courtroom No. 10, on the 5TH floor, Boston, Massachusetts on December 2, 2005, at 10:00 A.M. for the purpose of a Change of Plea Hearing in the case of United States v. STEVEN C. MORELLO Criminal Action 04-10369-MLW.

And you are to retain the body of said STEVEN C. MORELLO while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said STEVEN C. MORELLO to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this 30th day of November 2005.


/s/ Mark L. Wolf
**UNITED STATES DISTRICT JUDGE**
**UNITED STATES MAGISTRATE JUDGE**


                                        **SARAH A. THORNTON, CLERK**

                                        By: /s/ Dennis O'Leary
                    **SEAL**                **Deputy Clerk**


(Habcorp.wrt - 10/96)                                        [kwhcap.] or
                                                             [kwhcat.]