UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR04-10369

| United States of America | Steven Morello |
|---|---|
| PLAINTIFF | DEFENDANT |
| Nadine Pelligrini | Michael Natola |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf         CLERK   O'Leary         REPORTER Romanow

CLERK'S NOTES

| DATES: | Change of Plea Hearing |
|---|---|
| 12/2/05 | Defendant takes the stand and is sworn. |
| | Plea Colloquy started. |
| | Court marks plea agreement as exhibit 1 of today's date. |
| | Government summarizes the evidence had the case gone to trial |
| | Defendant changes his plea to guilty. |
| | Court accepts the plea and instructs the clerk to enter the same. |
| | Defendant's custody is continued |
| | Sentencing set for 2/28/06 at 3:00 PM. Procedural order to issue. |