UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )   Criminal No. 04-10369-MLW<br>)<br>STEVEN MORELLO,   )<br>       Defendant.   )<br>) | |

## MOTION TO CONTINUE SENTENCING HEARING

The government and defendant hereby respectfully consent and request, by and through Assistant United States Attorney Paul R. Moore and Mr. Morello's counsel, Michael F. Natola, that the Court continue the Sentencing Hearing in this matter from February 28, 2006, to a date at least sixty (60) days thereafter, in accordance with the expressed need of the United States Probation Office to have additional time in which to complete the Pre-Sentence Report and to accommodate the need of the parties to examine and respond to the Pre-Sentence Report.

It is the understanding of the government and the defendant that the Probation Office needs additional time, for various reasons, to properly complete its Report. The parties consent to the request of the Probation Office that it have an additional time in which to prepare the Report and during which extension of the Sentencing Hearing (at least sixty (60) days) the parties will have the opportunity to examine the Report and respond to its findings.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:

        /s/ Paul R. Moore
        Paul R. Moore
        Assistant U.S. Attorney


        STEVEN MORELLO
        Defendant

By:

        /s/ Michael F. Natola
        Michael F. Natola
        Counsel for Mr. Morello

January 19, 2006