UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**

**CRIMINAL CASE NO. 04-10369-MLW**

V.

**STEVEN MORELLO**
   **Defendant(s)**

## NOTICE OF CANCELLATION/RESCHEDULING

**WOLF, D.J.**

1) The **SENTENCING HEARING** before Judge **Wolf**, PREVIOUSLY SCHEDULED for **FEBRUARY 28, 2006** at **3:00 PM** has been RESCHEDULED to **MAY 4, 2006,** at **3:00 P.M.** in Courtroom # **10** on the **5th** floor.

2) If the parties would like to file any motions or other pleadings for the court to consider at sentencing they shall be filed by APRIL 27, 2006. Any responses shall be filed by APRIL 20, 2006.

3) Not less than five business days before the sentencing hearing, counsel are to advise the clerk if counsel for either party contends that an evidentiary hearing is necessary, and shall advise the clerk of the amount of time counsel expects would be required to complete the hearing.

SARAH A. THORNTON
CLERK OF COURT

**February 13, 2006**          By:   /s/ Dennis O'Leary
   Date                                       Deputy Clerk

**Notice to:**
(crim-dispo-cancel.wpd - 7/99)          [ntchrgcnf.][kntchrgcnf.]