## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

CASE NO.  CR04-10369

United States of America        Steven Morello
    PLAINTIFF            DEFENDANT

Leah Foley           Michael Natola

 

 

COUNSEL FOR PLAINTIFF       COUNSEL FOR DEFENDANT

JUDGE   Wolf      CLERK   O'Leary      REPORTER Romanow

### CLERK'S NOTES

| DATES: | Sentencing Hearing |
|---|---|
| 5/4/06 | Court adopts the factual allegations contained in the PSR without objection by the parties. |
| | Court calculates the guidelines to be TOL 29, CH VI, 151-188 months custody, 36 months supervised release, no fine, $300 Special Assessment Fee and restitution in the amount of $7800.00.  Government recommends sentence of 151 months custody, 36 months supervised release, no fine $7,800 restitution and $300 special assessment fee.  Defendant joins in the government's recommendation.  Defendant addresses the court.  Formal sentencing: 151 months custody, 36 months supervised release on the standard conditions plus pay the balance of restitution in the amount of $7,800, n new credit charges or lines of credit without permission of probation, must provide financial information as requested by probation, shall participate in a drug treatment/testing program as prescribed by probation which shall include up to 104 tests per year defendant shall contribute to the cost of such program, shall cooperate in the collection of DNA sample. Court does not impose a fine but does impose the mandatory special assessment fee of $300.  Court reminds the defendant that he has waived his right to appeal in the plea agreement.  Court makes the judicial recommendation that the defendant participate in the BOP 500 hour drug program.  Defendant seeks judicial recommendation for a designation to a certain FCC.  Court directs counsel to make the request to the BOP directly. |
| | |
| | |
| | |
| | |