Dear Sir,

DOCKET NO. 1-04-CR-10369
Defendant N. 01

I know you are a busy person. Am sorry to bother you but a matter was overlooked at my sentencing. I was sentenced by you on May, 4 2006 to a term of 151 months. I was arrested by the FBI on Oct, 27 2004 on these charges. I was not brought into Federal Court until June of 2005.

Am requesting that, the court grant me jail credit from oct, 27 2004 til this present day.

Thank you for your time, and consideration

Sincerely

Steven C Marello
Steven Morello
US Marshal # 25082-038

Date of arrest 10-27-04
Date of Sentence 5-4-06