UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES )<br>)<br>)<br>v.          )<br>)<br>)<br>STEVEN C. MORELLO  ) | No. 04-CR-10369-MLW |

## MOTION FOR RE-SENTENCING

The defendant respectfully moves the Court to re-sentence him, and to impose the following sentence *nunc pro tunc* to May 4, 2006:

"151 months custody, concurrent with the sentence imposed and being served in Middlesex Superior Court (Massachusetts) Docket No. MICR2005-00128; 36 months supervised release; $7,800 restitution; and a $300 special assessment fee."

In support hereof, the defendant relies upon the accompanying affidavit of Michael F. Natola, which is specifically incorporated herein by reference, and the accompanying memorandum of law.

                                                                                          Steven C. Morello
                                                                                          By his attorney,

                                                                                         /s/Michael F. Natola
                                                                                _____

August 9, 2006                        MICHAEL F. NATOLA
                                                                                BBO No. 367580
                                                                                 63 Atlantic Avenue
                                                                                 Boston, Massachusetts 02110
                                                                                 Tel. (617) 367-1199
                                                                                 Fax (617) 227-3384
                                                                                 E-mail MFNatola@aol.com

1

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the foregoing motion was served upon Assistant U.S. Attorney Paul Moore electronically the above date.

                                /s/Michael F. Natola
                                _____
                                MICHAEL F. NATOLA