FILED
CLERKS OFFICE

To Clerk Dennis O'Leary  
C/O Judge Mark L Wolf

2006 SEP 13 A 11:35

9-10-06

US DISTRICT COURT
DISTRICT OF MASS.

DKT # 04-CR-10369-MLW

Sir

I'm writting in regards to my motion for Re sentencing that was filed on 8-10-06 By Atty Michael Natola.

I'm enclosing my DKT entry sheet along with my mittimus from Cambridge Superior Court. As you can see on page # 3 DKT entry sheets, Cambridge Superior Court sentenced me to a 15 to 20 L/year sentence concurrent with my #151 months I was already serving from Judge Wolf.

Along with the 15 to 20 L/year concurrent sentence as part of my plea agreement I signed extradition papers saying I would waive extradition on completion of my federal sentence & return to Massachusetts to finish the remainder of my state 15 to 20 year sentence there for relinquishing me to the BOP & Marshalls.

I ask of you to please consider my current situation, and have me brought before the court on my resentencing motion as soon as possible so I can be placed in the BOP custody.

Sincerly  
Steven Morello  
# 25682-038

CC copy  
M. Natola

Steven Morello # W87896  
PO Box 100  
So Walpole MA  
02071

MASXP-20060224  Case 1:04-cr-10369-MLW  Document 90-2  Filed 09/13/2006  Page 1 of 2  08/23/2006
02:13 PM
Commonwealth of Massachusetts
MIDDLESEX SUPERIOR COURT
Case Summary
Criminal Docket

## MICR2004-01966
## Commonwealth v Morello, Steven

| Date | Paper | Text |
|---|---|---|
| 06/15/2006 | | Habeas corpus for Deft at Plymouth in Federal Custody for 6/20/06 |
| 06/20/2006 | | Motion (P#12) Withdrawn by defendant in open court |
| 06/20/2006 | | Defendant sentenced to 001-MCI Cedar Junction for a term not exceeding twenty years, or less than fifteen years concurrent with sentence now serving (Smith,J) |
| 06/20/2006 | | Defendant sentenced to 003-MCI Cedar Junction for a term not exceeding twenty years or less than fifteen years concurrent with sentence now serving (Smith,J) |
| 06/20/2006 | | Mittimus issued |
| 06/20/2006 | | Notified of right of appeal under Rule 64 |
| 06/20/2006 | | Reporter present: Bailey (Reardon), Erin |
| 06/20/2006 | | Attested copy of indictment sent to institution |
| 06/20/2006 | 13.0 | Deft files Waiver of Extradition and Release |
| 06/30/2006 | 14.0 | Mittimus returned not recog indictments with service |
| 06/30/2006 | 15.0 | Letter from Defendant |
| 07/10/2006 | | (P#15) Our records indicate you were in federal custody on unrelated matters. However - a copy of your request will be forwarded to ADA J. Verner and your Atty J. Stringer (LP/CM) |
| 07/18/2006 | 16.0 | Motion by Deft: To Revoke & Revise Copy of Motion & Docket Sheets sent to Judge Smith |
| 07/19/2006 | 17.0 | Letter from Deft. Re: sentence (Sent to Smith, J in 11B) |
| 07/20/2006 | 18.0 | Deft files Petition for Writ of habeas Corpus Ad Testificandum |
| 08/09/2006 | | Motion (P#16) DENIED (H. Smith Justice). Copies mailed |
| 08/09/2006 | | Motion (P#18) Since there will be no hearing on defendant's motions to revise and revoke, this petition is DENIED (H. Smith, J.) |

### EVENTS

| Date | Session | Event | Result |
|---|---|---|---|
| 01/12/2005 | Crim 1 (6B Cambridge) | Arraignment | Event held as scheduled |
| 01/25/2005 | Crim 1 (6B Cambridge) | Conference: Pre-Trial | Event not held--req of Commonwealth |
| 02/15/2005 | Crim 1 (6B Cambridge) | Conference: Pre-Trial | Event not held--req of Defendant |
| 02/24/2005 | Crim 1 (6B Cambridge) | Conference: Pre-Trial | Event held as scheduled |
| 03/08/2005 | Crim 1 (6B Cambridge) | Conference: Pre-Trial further | Event held as scheduled |
| 03/24/2005 | Crim 1 (6B Cambridge) | Hearing: Non-eviden-Discovery | Event held as scheduled |
| 04/12/2005 | Crim 1 (6B Cambridge) | Hearing: Plea Change | Event not reached by Court |
| 04/19/2005 | Crim 1 (6B Cambridge) | Hearing: Pre-Trial | Event rescheduled by court prior to date |
| 05/10/2005 | Crim 1 (6B Cambridge) | Hearing: Plea Change Paula Collins/cr | Event not held--req of Commonwealth |
| 06/20/2005 | Crim 1 (6B Cambridge) | Conference: Lobby possible cop | Event not held--joint request |
| 07/14/2005 | Crim 1 (6B Cambridge) | Hearing: Evidentiary-suppression | Defense attorney did not appear |
| 07/14/2005 | Crim 1 (6B Cambridge) | Hearing: Plea Change | Defense attorney did not appear |
| 09/19/2005 | Crim 1 (6B Cambridge) | TRIAL: by jury | Event not held--joint request |
| 10/31/2005 | Crim 1 (6B Cambridge) | Hearing: Plea Change | Event not held--req of Defendant |
| 11/17/2005 | Crim 1 (6B Cambridge) | Conference: Lobby | Event not held--joint request |
| 01/12/2006 | Crim 1 (6B Cambridge) | Conference: Lobby allyson pollier/reporter | Event rescheduled by court order |

COMMONWEALTH OF MASSACHUSETTS
COUNTY OF MIDDLESEX
The Superior Court

**MITTIMUS TO Cedar Junction MCI (Walpole)**    Docket # 2004-1966-003

To the Sheriff of said County of **Middlesex**, his deputies, the Officers hereinafter named and the Superintendent of the **Cedar Junction MCI (Walpole)**
                                                                                                                                **GREETING:**
**Whereas**, by the consideration of the Superior Court Department of the Trial Court for Criminal Business, holden at **Cambridge** within and for the County of **Middlesex**, on the **20th Day of June** in the year of our Lord **2006**.
    Steven Morello
now in the custody of the Sheriff of said County of **Middlesex**, convicted of the crime of Armed Robbery ch.265 s.17 offense date 10/2/04

for which crime said **Steven Morello** was sentenced to confinement in **Cedar Junction MCI (Walpole), for a term not exceeding twenty years nor less than fifteen YEARS**, concurrent with sentence now serving. _Federal Sentence_
The Court in imposing said sentence orders that the defendant **Steven Morello** be deemed to have served       **DAYS** of said sentence in confinement awaiting disposition of this matter.

We therefore, **command you**, the said Sheriff, Deputies and Officers of the Court to remove the said **Steven Morello** from the Jail in **Cambridge** the said County of **Middlesex**, to the **Cedar Junction MCI (Walpole)**, and **we command you**, the said Superintendent to receive the said **Steven Morello** and immediately thereon to cause the said **defendant** to be confined therein for **a term not exceeding twenty years nor less than fifteen YEARS**, concurrent with sentence now being served.
    **WITNESS, Barbara Rouse**, Chief Justice of said Court and the seal thereof at **Cambridge** aforesaid, this **20th Day of June** in the year of our Lord **2006.**.

_____
                                                                                            Assistant Clerk

**RETURN**

Middlesex, SS.                                                                                      Cambridge
                                                                                                            _____2006_____
In obedience to the within warrant, I have conveyed the within named defendant to the Cedar Junction MCI (Walpole), and delivered him to the Superintendent thereof with a copy of this warrant.

                                                                                        Deputy Sheriff, of said County
                                                                                        Officer of the Court named within.