```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA      )
                              )
     v.                       )    Cr. No. 04-10369-MLW
                              )
STEVEN C. MORELLO,            )
     Defendant.               )
```

ORDER

WOLF, D.J.                                          October 10, 2006

The Government's Motion in Response to Defendant's Motion for Resentencing (Docket No. 52) is hereby ALLOWED. The court strongly recommends that the Bureau of Prisons designate a state facility for the service of Steven C. Morello's sentence in order to effectuate the intent of the parties that his federal and state sentences be served concurrently. In addition, it is hereby ORDERED that the Bureau of Prisons inform the court, by November 10, 2006, whether it has followed this recommendation.

```
                              /s/ MARK L. WOLF
                          UNITED STATES DISTRICT JUDGE
```