UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No.  04-10369-MLW |
| v. ) | |
| ) | |
| STEVEN C. MORELLO, ) | |
| Defendant. ) | |
| ) | |

### GOVERNMENT'S MOTION TO NOTIFY THE COURT OF THE BUREAU OF PRISONS' RESPONSE TO COURT ORDER

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Paul R. Moore, hereby respectfully seeks to inform the Court of the Response of the Bureau of Prisons ("BOP") to the Court's Order that it respond to the Court's Recommendation in this matter, which regards the desire of both the government and defendant that Mr. Morello serve, in effect, concurrent federal and state periods of incarceration.[1]

Attached please find the reply to the Court from BOP Regional Counsel Henry J. Sadowski, in which BOP informs the Court that it is accepting the Recommendation of the Court that Mr. Morello's time be served, in effect, concurrently.

The government expresses its gratitude to the Court for its action in making the Recommendation to BOP, which now justly fulfills the goals of the government and the defendant in this matter by designating, in effect, that the sentences be served concurrently.

---

[1] The government has and will continue to actively and cooperatively communicate its efforts to the defendant's counsel as described herein and will remain vigilant in this matter.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:   /s/ Paul R. Moore
        Paul R. Moore
        Assistant U.S. Attorney

November 9, 2006

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon the attorney for defendant STEVEN C. MORELLO, Michael F. Natola, Esq., on November 9, 2006, via electronic notification.

        /s/ Paul R. Moore
        Paul R. Moore
        Assistant U.S. Attorney

November 9, 2006



**U.S. Department of Justice**

Federal Bureau of Prisons

*Northeast Regional Office*

*U.S. Custom House*
*2nd & Chestnut Streets*
*Philadelphia, PA. 19106*

November 9, 2006

The Honorable Mark L. Wolf
Chief United States District Judge
District of Massachusetts
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Re:  United States v. Steven C. Morello, Cr. No. 04-10369-MLW
     Federal Register Number 25682-038

Dear Chief Judge Wolf:

   On May 4, 2006, your Honor sentenced Steven G. Morello to a term of 151 months.  Mr. Morello was under the primary jurisdiction of state authorities.  On October 10, 2006, this Court issued an order recommending the Federal Bureau of Prisons (Bureau) consider designating a state facility for service of the federal sentence defendant Morello.  This would enable the federal sentence to be served concurrently with the state sentence.  This Court ordered the Bureau to inform the Court whether the recommendation was followed.

   The Bureau followed this Court's recommendation and designated the state facility for service of the federal sentence.  This caused defendant Morello's federal sentence to begin on May 4, 2006, the date of imposition, the earliest possible date under 18 U.S.C. § 3585(a).  A copy of the sentence computation date is attached.

   If I may be of further assistance, please contact me at 215-521-7375.

                              Sincerely,

                              Henry J. Sadowski
                              Regional Counsel

```
 NERFW   540*23 *           SENTENCE MONITORING          *      11-08-2006
 PAGE 001        *            COMPUTATION DATA           *      11:07:16
                             AS OF 11-08-2006

REGNO..: 25682-038 NAME: MORELLO, STEVEN


FBI NO............: 955350W2              DATE OF BIRTH: 04-23-1967
ARS1..............: 9-L/A-ADMIT
UNIT..............:                       QUARTERS.....:
DETAINERS.........: NO                    NOTIFICATIONS: NO

PRE-RELEASE PREPARATION DATE: 10-20-2016

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  04-20-2017 VIA GCT REL

-----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION............: MASSACHUSETTS
DOCKET NUMBER....................: 1:04CR10369-001-MLW
JUDGE............................: WOLF
DATE SENTENCED/PROBATION IMPOSED: 05-04-2006
DATE COMMITTED...................: 05-04-2006
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

               FELONY ASSESS   MISDMNR ASSESS   FINES            COSTS
NON-COMMITTED.: $300.00         $00.00          $00.00           $00.00

RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO      AMOUNT:  $7,804.00

-------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  551
OFF/CHG: TITLE 18 USC 2113(A) BANK ROBBERY (CTS 1-3)

  SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:   151 MONTHS
  TERM OF SUPERVISION.............:    36 MONTHS
  DATE OF OFFENSE.................: 08-31-2004




G0002          MORE PAGES TO FOLLOW . . .
```

```
   NERFW   540*23 *        SENTENCE MONITORING         *     11-08-2006
   PAGE 002 OF 002 *         COMPUTATION DATA          *     11:07:16
                            AS OF 11-08-2006

   REGNO..: 25682-038 NAME: MORELLO, STEVEN


   ------------------------CURRENT COMPUTATION NO: 010 ------------------------

   COMPUTATION 010 WAS LAST UPDATED ON 11-02-2006 AT DSC AUTOMATICALLY

   THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
   CURRENT COMPUTATION 010: 010 010

   DATE COMPUTATION BEGAN..........: 05-04-2006
   TOTAL TERM IN EFFECT............:   151 MONTHS
   TOTAL TERM IN EFFECT CONVERTED..:    12 YEARS       7 MONTHS
   EARLIEST DATE OF OFFENSE........: 08-31-2004

   TOTAL PRIOR CREDIT TIME.........: 0
   TOTAL INOPERATIVE TIME..........: 0
   TOTAL GCT EARNED AND PROJECTED..: 592
   TOTAL GCT EARNED................: 0
   STATUTORY RELEASE DATE PROJECTED: 04-20-2017
   SIX MONTH /10% DATE.............: N/A
   EXPIRATION FULL TERM DATE.......: 12-03-2018


   PROJECTED SATISFACTION DATE.....: 04-20-2017
   PROJECTED SATISFACTION METHOD...: GCT REL




   S0055        NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```