UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STEVEN MORELLO,<br><br>  Defendant | Criminal No. 04-10369-MLW |

## STATUS REPORT

The government submits the following status report:

1. On May 2, 2025, defendant Steven Morello was arrested and charged in Malden District Court with larceny from a person, in violation of M.G.L. ch. 266, § 25(b) ("the new offense"). Dkt. 75. On July 10, 2025, Morello entered a guilty plea on the new offense. *See* Malden District Court Docket No. 2550CR000822.

2. Last week, the government confirmed with Morello's federal probation officer that his final state parole violation hearing was proceeding as scheduled on July 23, 2025. The government has not yet been able to confirm the outcome of that hearing.

3. Nevertheless, given that Morello has pleaded guilty to the new offense, which forms the basis of his alleged supervised release violation, *see* Dkt. 75, the government is not aware of any reason to further postpone his final revocation hearing.

4. Accordingly, the government requests the Court schedule a final supervised release revocation hearing at a date convenient to the Court and the parties. Undersigned counsel is not available August 1, 2025 to August 8, 2025 or August 28, 2025 to September 3, 2025.

        Respectfully submitted,

        LEAH B. FOLEY
        United States Attorney

By: */s/ Kristen A. Kearney*
   KRISTEN A. KEARNEY
   Assistant United States Attorney

## CERTIFICATE OF SERVICE

 I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

        */s/ Kristen A. Kearney*
        KRISTEN A. KEARNEY
        Assistant United States Attorney

Date: July 25, 2025